UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PRINCE PILGRIM,

                Plaintiff,                9:11-cv-1331
                                                          (GLS/DEP)
      v.

THOMAS LAVALLEY et al.,

                Defendants.
_____

**APPEARANCES:**                     **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Prince Pilgrim
Pro Se
92-A-8847
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, NY 12788

**FOR THE DEFENDANTS:**
HON. ERIC T. SCHNEIDERMAN     JOHN F. MOORE
New York State Attorney General     Assistant Attorney General
Litigation Bureau
The Capitol
Albany, New York 12224

**Gary L. Sharpe**
**Senior District Judge**

## **ORDER**

    The above-captioned matter comes to this court following a Report

and Recommendation by Magistrate Judge David E. Peebles, duly filed on March 30, 2016. (Dkt. No. 82.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 82) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 62) is **GRANTED**; and it is further

**ORDERED** that plaintiff's letter motion requesting leave to withdraw his complaint in this action (Dkt. No. 74) is **DENIED AS MOOT**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED** and the Clerk is directed to close this case; and it is further

**ORDERED** that the clerk of the court serve a copy of this order upon the parties in accordance with this court's Local Rules.

**IT IS SO ORDERED.**

April 27, 2016
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge